**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ARTHUR BURNHAM**,<br><br>Plaintiff,<br><br>v.<br><br>**UMASS MEMORIAL MEDICAL CENTER, INC.**, and **THE COMMONWEALTH OF MASSACHUSETTS**, by and through the Worcester Probate and Family Court,<br><br>Defendants. | C.A. No. 4:26-CV-40002-MRG |

**THE COMMONWEALTH OF MASSACHUSETTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rule 7.1, and for the reasons set forth in its accompanying Memorandum of Law in Support, Defendant Commonwealth of Massachusetts respectfully requests that this Court dismiss with prejudice *pro se* Plaintiff Arthur Burnham's Third Amended Complaint (Dkt. 18) in its entirety because the Court lacks subject matter jurisdiction and the Third Amended Complaint fails to state any entitlement to relief.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ *Eliza R. Green*
Eliza R. Green (BBO #707242)
Assistant Attorney General
Massachusetts Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 963-2279
eliza.green@mass.gov

Dated: August 3, 2026

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Eliza R. Green, hereby certify that on July 30, 2026, I conferred with the *pro se* Plaintiff, in good faith. The parties were unable to resolve or narrow the issues.

/s/ *Eliza R. Green*
Eliza R. Green

**CERTIFICATE OF SERVICE**

I, Assistant Attorney General Eliza R. Green, hereby certify that I have this day, July 31, 2026, served the foregoing document upon all parties by electronically filing to all ECF registered parties and by e-mailing to:

Arthur A. Burnham
PO Box 623
Charlton, MA 01507
Standupinfaith12@gmail.com
(508) 980-0072
*Pro Se Plaintiff*

/s/ *Eliza R. Green*
Eliza R. Green