**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ARTHUR BURNHAM**,<br><br>Plaintiff,<br><br>v.<br><br>**UMASS MEMORIAL MEDICAL CENTER, INC.**, and **THE COMMONWEALTH OF MASSACHUSETTS**, acting through the Massachusetts Trial Court, Worcester Probate and Family Court, and Registry,<br><br>Defendants. | C.A. No. 4:26-CV-40002-MRG |

**THE COMMONWEALTH OF MASSACHUSETTS' MOTION TO DISMISS**
**PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rule 7.1, and for the reasons set forth in its accompanying Memorandum of Law in Support, Defendant Commonwealth of Massachusetts respectfully requests that this Court dismiss *pro se* Plaintiff Arthur Burnham's Fourth Amended Complaint (Dkt. 48) in its entirety because the Court lacks subject matter jurisdiction and the Fourth Amended Complaint fails to state any entitlement to relief.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ *Eliza R. Green*
Eliza R. Green (BBO #707242)
Assistant Attorney General
Massachusetts Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 963-2279
Eliza.Green@mass.gov

Dated: November 18, 2026

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Assistant Attorney General Eliza R. Green, hereby certify that on November 13, 2026, I conferred with the *pro se* Plaintiff, in good faith. The parties were unable to resolve or narrow the issues.

/s/ *Eliza R. Green*
Eliza R. Green

**CERTIFICATE OF SERVICE**

I, Assistant Attorney General Eliza R. Green, hereby certify that I have this day, November 18, 2026, served the foregoing document upon all parties by electronically filing to all ECF registered parties and by e-mailing to:

Arthur A. Burnham
PO Box 623
Charlton, MA 01507
Standupinfaith12@gmail.com
(508) 980-0072
*Pro Se Plaintiff*

/s/ *Eliza R. Green*
Eliza R. Green